944

No. 700. ESCAMBIA CHEMICAL CORP. *v.* STAMICARBON, N. V., C. A. 5th Cir. Certiorari denied.

No. 702. MURPHY *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 5218. ORTEGA *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 5226. JONES *v.* PROCUNIER, CORRECTIONS DIRECTOR. C. A. 9th Cir. Certiorari denied.

No. 5309. ORTEGA *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 5326. WASHINGTON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 5344. COOK *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 5349. GENTILE *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 5406. HILL *v.* BURKE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 5409. JACKSON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 5432. ALI *v.* DEEGAN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5439. MENEWEATHER *v.* FITZHARRIS, TRAINING FACILITY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.